UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MARCIA SABOL,
                Plaintiff,

    -against-                          18 **CIVIL** 11169 (VM)

                                   **JUDGMENT**

BAYER HEALTHCARE PHARM., INC., et al.,
                Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated February 12, 2020, that the motion so deemed by the Court as filed by Defendant Bayer Healthcare Pharmaceuticals, Inc., Bayer Corporation, and Bayer Healthcare LLC to dismiss (Dkt. Nos. 44, 57, and 65) the Amended Complaint of Plaintiff Marcia Sabol ("Amended Complaint," Dkt. No. 64) pursuant to Rules 12(b)(6) and 12(b)(3) of the Federal Rules of Civil Procedure is granted; and it is further

ORDERED that the motion so deemed by the Court as filed by Defendant Bracco Diagnostics, Inc. to dismiss (Dkt. No. 68) the Amended Complaint pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure is granted; and it is further

ORDERED that the motion so deemed by the Court as filed by Defendant GE Healthcare Inc., and General Electric Company to dismiss (Dkt. No. 68) the Amended Complaint pursuant to Federal Rule 12(b)(6) of the Federal Rules of Civil Procedure is granted.

**Dated:** New York, New York
         February 13, 2020

                                        RUBY J. KRAJICK
                                          Clerk of Court
                              **BY:**
                                            **Deputy Clerk**

                                   THIS DOCUMENT WAS ENTERED
                                   ON THE DOCKET ON 2/13/2020